

FILED
CLERK U.S. DISTRICT COURT
AUG 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

12-mj-1997

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> Francisco Javier Gonzalez — Gonzales <br>     Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: *he can remain crime free*

(B)  ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: _____

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE